**No. 60667.**—H. R. Benedict & Sons, Inc., et al. v. United States, protests 195188–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of synthetic rutile, an earthy or mineral substance, not decorated in any manner, the same in all material respects as that the subject of *International Lapidaries Co.* v. *United States* (36 Cust. Ct. 230, C. D. 1780), the claim of the plaintiffs was sustained.

**No. 60668.**—Gehrig, Hoban & Co., Inc. v. United States, protests 232989–K, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that an allowance was made for gelatinous substance on certain canned hams and similar pork products equal to 10 percent of the contents of the tins, whereas there should have been an allowance of 20 percent, and that the merchandise is the same in all material respects as that the subject of Abstract 60346. In accordance with stipulation of counsel and following the cited decision, the merchandise was held dutiable at 3¼ cents per pound under paragraph 703, Tariff Act of 1930, upon the basis of the net weight of the contents of the tins, less an allowance for gelatinous substance equal to 20 percent of the contents of each tin.

**No. 60669.**—June Dairy Products Co., Inc., et al. v. United States, protests 246569–K, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that an allowance was made for gelatinous substance on certain canned hams and similar pork products equal to 10 percent of the contents of the tins, whereas there should have been an allowance of 20 percent, and that, following a Bureau of Customs ruling, had the review period not expired, the collector would have made an allowance equal to 20 percent. In accordance with stipulation of counsel and following *Axel Stokby et al.* v. *United States* (4 Cust. Ct. 343, C. D. 358), the merchandise was held dutiable at 3¼ cents per pound under paragraph 703, Tariff Act of 1930, upon the basis of the net weight of the contents of the tins, less an allowance for gelatinous substance equal to 20 percent of the contents of each tin.